IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TRAVIS WHATLEY, #239837,              ) | |
|                                       ) | |
|     Petitioner,   ) | |
|                                       ) | |
| v.                                    ) | CASE NO. 3:11-CV-524-TMH |
|                                       ) | [WO] |
| CARTER F. DAVENPORT, and              ) | |
| LUTHER STRANGE, Attorney General      ) | |
| of the State of Alabama,              ) | |
|                                       ) | |
|     Respondents.  ) | |

**ORDER**

On February 25, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 37). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge is ADOPTED and that:

1. The petition for writ of habeas corpus filed by Travis Whatley on June 29, 2011, is DENIED as it was not filed within the one-year period of limitation mandated by 28 U.S.C. § 2244(d)(1); and

2. This case is DISMISSED with prejudice.

DONE this 20th day of March, 2014.

                                                W. Keith Watkins
                                         CHIEF UNITED STATES DISTRICT JUDGE